Same case below, 368 Fed. Appx. 487.

**No. 10-511. Harry R. Jackson, et al., Petitioners v. District of Columbia Board of Elections and Ethics, et al.**

562 U.S. 1178, 131 S. Ct. 1001, 178 L. Ed. 2d 827, 2011 U.S. LEXIS 730.

January 18, 2011. Petition for writ of certiorari to the District of Columbia Court of Appeals denied.

Same case below, 999 A.2d 89.

**No. 10-517. Indah Estalita, Petitioner v. Eric H. Holder, Jr., Attorney General.**

562 U.S. 1179, 131 S. Ct. 1001, 178 L. Ed. 2d 827, 2011 U.S. LEXIS 856.

January 18, 2011. Petition for writ of certiorari to the United States Court of Appeals for the Tenth Circuit denied.

Same case below, 382 Fed. Appx. 711.

**No. 10-596. Faye Coffield, et al., Petitioners v. Brian Kemp.**

562 U.S. 1179, 131 S. Ct. 1002, 178 L. Ed. 2d 827, 2011 U.S. LEXIS 748.

January 18, 2011. Petition for writ of certiorari to the United States Court of Appeals for the Eleventh Circuit denied.

Same case below, 599 F.3d 1276.

**No. 10-598. Richard Kleinhammer, Petitioner v. City of Paso Robles, California, et al.**

562 U.S. 1179, 131 S. Ct. 1003, 178 L. Ed. 2d 827, 2011 U.S. LEXIS 813,

January 18, 2011. Petition for writ of certiorari to the United States Court of Appeals for the Ninth Circuit denied.

Same case below, 385 Fed. Appx. 642.

**No. 10-603. Super Duper, Incorporated, dba Super Duper Publications, Petitioner v. Mattel, Incorporated.**

562 U.S. 1179, 131 S. Ct. 1003, 178 L. Ed. 2d 827, 2011 U.S. LEXIS 720.

January 18, 2011. Petition for writ of certiorari to the United States Court of Appeals for the Fourth Circuit denied.

Same case below, 382 Fed. Appx. 308.

**No. 10-604. Victor D. Moseley, et ux., Petitioners v. V Secret Catalogue, Inc., et al.**

562 U.S. 1179, 131 S. Ct. 1003, 178 L. Ed. 2d 827, 2011 U.S. LEXIS 893,

January 18, 2011. Petition for writ of certiorari to the United States Court of Appeals for the Sixth Circuit denied.

Same case below, 605 F.3d 382.

**No. 10-613. Attorney's Process and Investigation Services, Inc., Petitioner v. Sac and Fox Tribe of the Mississippi in Iowa.**

562 U.S. 1179, 131 S. Ct. 1003, 178 L. Ed. 2d 827, 2011 U.S. LEXIS 746.

January 18, 2011. Petition for writ of certiorari to the United States Court of Appeals for the Eighth Circuit denied.

Same case below, 609 F.3d 927.